JOHN L. SLAFSKY, State Bar No. 195513
HOLLIS BETH HIRE, State Bar No. 203651
MARK S. WARNICK, State Bar No. 226791
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
jslafsky@wsgr.com
hhire@wsgr.com
mwarnick@wsgr.com

Attorneys for Plaintiff and Counterclaim-Defendant
DONALD OROSCO

ROBERT M. VANTRESS, State Bar No. 106442
VANTRESS LAW GROUP
4820 Harwood Road, Second Floor
San Jose, CA 95124
Telephone:  (408) 905-6501
Facsimile:  (408) 583-4000
rvantress@vantresslaw.com

Attorneys for Defendant and Counterclaim-Plaintiff
DOUGLAS CLEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD OROSCO, a California individual,<br><br>            Plaintiff,<br><br>      v.<br><br>DOUGLAS CLEM, a Nevada individual,<br><br>            Defendant.<br><br>DOUGLAS CLEM, a Nevada individual,<br><br>            Counterclaim-Plaintiff,<br><br>      v.<br><br>DONALD OROSCO, a California individual,<br><br>            Counterclaim-Defendant. | CASE NO.:  09-CV-05596 JSW<br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 09-CV-05596 JSW

1    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel

2  for the parties, and pursuant to an executed Settlement and Coexistence Agreement and Fed. R.

3  Civ. P. 41, that the above-captioned action and the claims, counterclaims and defenses asserted

4  therein be dismissed with prejudice.  Each party shall bear his own costs and fees.

5    The parties further stipulate and agree to the continued jurisdiction of this Court for the

6  purposes of any dispute arising out of, relating to, or in connection with the Settlement and

7  Coexistence Agreement, or the breach, termination or validity thereof.

8

9  Dated:  March 9, 2010                            WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation
10

11                                                   By:    /s/ John L. Slafsky
                                                            John L. Slafsky
12                                                          Hollis Beth Hire
                                                            Mark S. Warnick
13
                                                     Attorneys for Plaintiff and Counterclaim-
14                                                   Defendant
                                                     Donald Orosco
15

16  Dated:  March 5, 2010                            VANTRESS LAW GROUP

17
                                                     By:    /s/ Robert M. Vantress
18                                                          Robert M. Vantress

19                                                   Attorneys for Defendant and Counterclaim-
                                                     Plaintiff
20                                                   Douglas Clem

21

22    The Court declines to retain jurisdiction to enforce the settlement agreement.

23  SO ORDERED

24  DATED:   March 10, 2010

25                                                   The Honorable Jeffrey S. White
                                                     United States District Judge
26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 09-CV-05596 JSW