JOHN L. SLAFSKY, State Bar No. 195513
HOLLIS BETH HIRE, State Bar No. 203651
MARK S. WARNICK, State Bar No. 226791
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
hhire@wsgr.com
mwarnick@wsgr.com

Attorneys for Plaintiff and Counterclaim-Defendant
DONALD OROSCO

ROBERT M. VANTRESS, State Bar No. 106442
VANTRESS LAW GROUP
4820 Harwood Road, Second Floor
San Jose, CA 95124
Telephone: (408) 905-6501
Facsimile: (408) 583-4000
rvantress@vantresslaw.com

Attorneys for Defendant and Counterclaim-Plaintiff
DOUGLAS CLEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD OROSCO, a California individual,<br><br>        Plaintiff,<br><br>   v.<br><br>DOUGLAS CLEM, a Nevada individual,<br><br>        Defendant.<br><br>DOUGLAS CLEM, a Nevada individual,<br><br>        Counterclaim-Plaintiff,<br><br>   v.<br><br>DONALD OROSCO, a California individual,<br><br>        Counterclaim-Defendant. | **CASE NO.: 09-CV-05596 JSW**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 09-CV-05596 JSW

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and pursuant to an executed Settlement and Coexistence Agreement and Fed. R. Civ. P. 41, that the above-captioned action and the claims, counterclaims and defenses asserted therein be dismissed with prejudice. Each party shall bear his own costs and fees.

The parties further stipulate and agree to the continued jurisdiction of this Court for the purposes of any dispute arising out of, relating to, or in connection with the Settlement and Coexistence Agreement, or the breach, termination or validity thereof.

Dated: March 9, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ John L. Slafsky
        John L. Slafsky
        Hollis Beth Hire
        Mark S. Warnick

Attorneys for Plaintiff and Counterclaim-Defendant
Donald Orosco

Dated: March 5, 2010

VANTRESS LAW GROUP

By:   /s/ Robert M. Vantress
        Robert M. Vantress

Attorneys for Defendant and Counterclaim-Plaintiff
Douglas Clem

The Court declines to retain jurisdiction to enforce the settlement agreement.

SO ORDERED

DATED: March 10, 2010

_____
The Honorable Jeffrey S. White
United States District Judge

-2-
STIPULATION AND ORDER OF DISMISSAL
CASE NO. 09-CV-05596 JSW